**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No.  15-cr-00390-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CARLOS TOVILLA-MARTINEZ,
    a/k/a Carlos Martinez-Tovilla,

      Defendant.

**ORDER APPROVING JUROR QUESTIONNAIRE**

**Blackburn, J.**

      The attached **Juror Questionnaire** is approved for use in the trial of this case.

      **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

      Dated March 29, 2016, at Denver, Colorado.

                                        **BY THE COURT:**

                                        */s/ Bob Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge